```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
HELEN SWARTZ,                                                     :
                                                                  :
                                                                  :
                           Plaintiff,,                            :
                                                                  :     22-CV-5169 (JMF)
        -v-                                                       :
                                                                  :        ORDER
                                                                  :
120-122 WATER STREET LLC,                                         :
                                                                  :
                           Defendant.                             :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

      On September 6, 2022, the Court ordered that Plaintiff file any motion for default judgment on or before September 20, 2022.  ECF No. 9.  On September 19, 2022, Plaintiff filed what was styled as a Motion for Default Judgment, but what was actually a request for a certificate a default.  ECF No. 11.  That same day, the Court denied without prejudice the Motion for Default Judgment.  ECF No. 12.  On September 20, 2022, Plaintiff filed a Proposed Clerk's Certificate of Default and an Affidavit in Support, ECF Nos. 14, 15, but has not yet filed a proper Motion for Default Judgment as required by the Court's Individual Rules and Practices.  As a courtesy, Plaintiff's deadline to file a Motion for Default Judgment is extended *nunc pro tunc* until **September 23, 2022.  No further extensions will be granted.  If Plaintiff fails to file a proper Motion for Default Judgment by that date, the case may be dismissed without notice for failure to prosecute.**

      Plaintiff shall electronically serve a copy of this Order on Defendant **within one business day from the date of this Order** and shall file proof of service **within two business days from the date of this Order**.

      SO ORDERED.

Dated: September 21, 2022  
       New York, New York  
                                                                             JESSE M. FURMAN  
                                                                            United States District Judge